JAMES G. CAHILL et al., as Executors of WILLIAM H. ROBERTS, Deceased, Doing Business under the Name of MELVINA CAN COMPANY, Respondents, v. JOHN E. REGAN, Appellant.— In an action for a declaratory judgment, order denying defendant's motion to dismiss the complaint on the ground that the

claim set forth therein had been released, and granting leave to defendant to plead the release as a defense in his answer, affirmed, with $10 costs and disbursements; defendant to serve his answer within ten days after the entry of the order hereon. No opinion. Nolan, P. J., Adel, MacCrate, Schmidt and Murphy, JJ., concur.